# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO XIQUE ORTEGA, | Case No. ED CV 11-0989 GW (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| W. J. SULLIVAN, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: Dec. 31, 2012

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE